UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                                  RE:    RODRIGUEZ, Alfredo
                                            Docket Number:   93CR5230 -12-REC
                                            **PERMISSION TO TRAVEL**
                                            **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Baviacord Sonora, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 7, 1994, Alfredo Rodriguez was sentenced for the offense(s) of 21 USC 846 & 841 (a) (1) - Conspiracy to Distribute Cocaine..

**Sentence imposed:** 120 months B.O.P., 60 months T.S.R., $ 50 S.A.. Special conditions: search orders, Drug aftercare.

**Dates and Mode of Travel:** Departing November 30, 2005, and returning December 10, 2005. Traveling via 2001 Dodge Van, License # 4UHM248.

**Purpose:** Visit Family.

**RE:   RODRIGUEZ, Alfredo
   Docket Number:   CR-F-93-5230-12-REC
   <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully Submitted,

/s/ Thomas A. Burgess

**Thomas A. Burgess
Senior United States Probation Officer**

**DATED:**   October 11, 2005
   Bakersfield, California
   tab

   /s/ Rick C. Louviere
**REVIEWED BY:**   _____
   **Rick C. Louviere
   Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____      Disapproved _____

October 18, 2005                    /s/ OLIVER W. WANGER
_____             _____
**Date**                            **Oliver W. Wanger
                                     United States District Judge**

2

Rev. 03/2005
TRAVELOC.MRG