**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

RE:   **Alfredo RODRIGUEZ**
      **Docket Number:   1:93CR5230-12-REC**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Baviacora Sonora, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 7, 1994, Mr. Rodriguez was sentenced for the offense of 21 UC 846 & 841(a)(1) - Conspiracy to Distribute Cocaine.

**Sentence imposed:**   120 mos. BOP; 60 mos. TSR; $50 special assessment; special conditions:  search; drug aftercare.

**Dates and Mode of Travel:**  April 7, 2006 to April 18, 2006.  Traveling via 1999 Dodge Truck, license #5X67852.

**Purpose:**  Visit father-in-law and deliver truck to his father-in-law.

Rev. 03/2005
TRAVELOC.MRG

**RE:   Alfredo RODRIGUEZ**
**Docket Number:   1:93CR5230-12-REC**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Senior United States Probation Officer**

**DATED:**      March 6, 1006
Bakersfield, California
TAB:dk

/s/ Rick C. Louviere

**REVIEWED BY:**      _____

**RICK C. LOUVIERE**
**Supervising  United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   ___X_____          Disapproved _____

IT IS SO ORDERED.

**Dated:   __March 8, 2006__**          _____/s/ Oliver W. Wanger_____
emm0d6          UNITED STATES DISTRICT JUDGE

Rev. 03/2005
TRAVELOC.MRG